IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ADIAHA STRANGE, et al | 1:19-CV-321 |
| AISHA PHILLIPS, et al | 1:19-CV-325 |
| ADRIAN NICHOLSON, et al | 1:19-CV-519 |
| AMELIA GREEN, et al | 1:19-CV-570 |
| ASIA ARCHIE, et al | 1:19-CV-575 |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| SELECT MANAGEMENT RESOURCES, LLC, et al | |
| Defendants. | |

The Parties hereby submit this status report in the above-referenced matters pursuant to the Text Order dated July 9, 2019. The Parties held a mediation on July 24, 2019 with mediator Ben Davis. The Parties did not reach an agreement at the mediation, but have continued since that time to discuss a global settlement of all claims, or a process to resolve these claim, absent a settlement. The Parties are continuing to discuss a global settlement of at least some claims and a process to resolve any remaining claims.

The Parties jointly request, therefore, that the Court extend the suspension of deadlines in these cases until August 30, 2019, at which time the Parties will report back to the Court.

This the 14th day of August, 2019.

| | |
|---|---|
| /s/James R. Faucher<br>James R. Faucher<br>N.C. State Bar No. 31514<br>Brown, Faucher, Peraldo & Benson, PLLC<br>822 N. Elm St., Suite 200<br>Greensboro, NC 27401<br>Telephone: 336.478.6000<br>Fax: 336.273.5597<br>Email:james@greensborolawcenter.com<br><br>*Attorney for Plaintiffs* | /s/Melanie Black Dubis<br>Melanie Black Dubis<br>N.C. State Bar No. 22027<br>Catharine Biggs Arrowood<br>N.C. State Bar No. 6984<br>Catherine R. L. Lawson<br>N.C. State Bar No. 44574<br>Parker Poe Adams & Bernstein LLP<br>301 Fayetteville Street, Suite 1400<br>Raleigh, North Carolina 27601<br>Telephone: (919) 828-0564<br>Facsimile: (919) 834-4564<br>Email:<br>melaniedubis@parkerpoe.com<br>cbarrowood@parkerpoe.com<br>catherinelawson@parkerpoe.com<br><br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

The undersigned counsel of record for Plaintiffs certifies that the foregoing was filed with the Court and served on the parties via filing with the Court's CM/ECF system which will send notice of the filing to all counsel of record.

Respectfully submitted, this the 14th day of August, 2019.

/s/ Melanie Black Dubis
Melanie Black Dubis
N.C. State Bar No. 22027
Catharine Biggs Arrowood
N.C. State Bar No. 6984
Catherine R. L. Lawson
N.C. State Bar No. 44574
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
Email: melaniedubis@parkerpoe.com
cbarrowood@parkerpoe.com
catherinelawson@parkerpoe.com

*Attorneys for Defendants*