IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ADIAHA STRANGE, et al | 1:19-CV-321 |
| AISHA PHILLIPS, et al | 1:19-CV-325 |
| ADRIAN NICHOLSON, et al | 1:19-CV-519 |
| AMELIA GREEN, et al | 1:19-CV-670 |
| ASIA ARCHIE, et al | 1:19-CV-575 |
| ALEXIS CANNON, et al | 1:19-CV-823 |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| SELECT MANAGEMENT RESOURCES, LLC, et al | |
| Defendants. | |

The Parties hereby submit this joint status report in the above-referenced matters. Defendants have made individual offers of settlement to 548 of the approximately 573 Plaintiffs in these actions. Counsel for Plaintiffs anticipate that they will be able to present the individual offers of settlement to the respective Plaintiffs and respond to Defendants by September 16, 2019. The Parties propose providing a further update to the Court as part of the parties' Rule 26(f) reports on September 16, 2019.

This the 30th day of August, 2019.

/s/James R. Faucher
James R. Faucher
N.C. State Bar No. 31514
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
Telephone: 336.478.6000
Fax: 336.273.5597
Email:james@greensborolawcenter.com

*Attorney for Plaintiffs*

/s/Melanie Black Dubis
Melanie Black Dubis
N.C. State Bar No. 22027
Catharine Biggs Arrowood
N.C. State Bar No. 6984
Catherine R. L. Lawson
N.C. State Bar No. 44574
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina  27601
Telephone:  (919) 828-0564
Facsimile:  (919) 834-4564
Email:
melaniedubis@parkerpoe.com
cbarrowood@parkerpoe.com
catherinelawson@parkerpoe.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned counsel of record for Plaintiffs certifies that the foregoing was filed with the Court and served on the parties via filing with the Court's CM/ECF system which will send notice of the filing to all counsel of record.

Respectfully submitted, this the 30th day of August, 2019.

/s/James R. Faucher
James R. Faucher
N.C. State Bar No. 31514
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
Telephone: 336.478.6000
Fax: 336.273.5597
Email:james@greensborolawcenter.com

*Attorney for Plaintiffs*